# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| LISA PEATRY, individually, and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. |
| v. | ) ) | |
| BIMBO BAKERIES USA, INC., | ) ) | |
| Defendant. | ) | |

## DECLARATION OF JOHN DOUGLAS

I, John Douglas, declare as follows:

1. I am the Senior Director of Human Relations of the Central Business Unit for Defendant Bimbo Bakeries USA, Inc. ("Bimbo"), and my office is located at 8550 West. Bryn Mawr, Suite 1000, Chicago, IL, 60631.

2. I make this declaration based on my personal knowledge and on my review of company records maintained in the regular course of Bimbo's business. I could competently testify to the matters set forth herein if called to do so as a witness in court.

3. I have information regarding Bimbo's corporate status and office locations by virtue of my position. Bimbo is a corporation organized and existing under and by virtue of the laws of the State of Delaware

4. Bimbo's corporate headquarters and principal place of business are in the Commonwealth of Pennsylvania.

5. I understand that Plaintiff in this case seeks to certify a class of "[a]ll individuals working for Bimbo [] in the State of Illinois who had their fingerprints collected, captured, received, obtained, maintained, stored or disclosed by [Bimbo] during the applicable statutory period." (Compl. ¶ 58.)

6. My job duties as Senior Director of Human Relations include being familiar with and having access to the company's human resource information on hourly employees located in Illinois. I have reviewed company records relating to Illinois-based Bimbo employees who may have utilized timeclocks involving finger scanning technology.

7. There are at least 300 current or former Illinois-based Bimbo employees who may have utilized timeclocks involving the finger scanning technology since Bimbo's acquisition of the Cicero, Illinois bakery.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 30, 2019

_____
John Douglas

2