## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Lisa Peatry

          Plaintiff,

v.

Bimbo Bakeries USA, Inc.

          Defendant.

Case No.: 1:19–cv–02942
Honorable Sara L. Ellis

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 11, 2022:

      MINUTE entry before the Honorable Sara L. Ellis: Telephone conference held on 1/11/2022. Plaintiff's unopposed motion and memorandum in support of final approval of class action settlement [97] is granted. [Enter Final Approval Order and Judgment]. Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.